UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

    Plaintiff,

vs.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, AND
OLGA BABOUN,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, DELICES DE FRANCE, INC.**

    Plaintiff, Ernesto Dominguez, files the Return of Service on Defendant, Delices De France, Inc. (served on February 18, 2026).

    Dated this 24th day of February 2026.

    s/*Samuel G. Gonzalez, Esq.*
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    Samuel G. Gonzalez, Esq. (1011323)
    samuel@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue. Suite 770
    Coral Gables, Florida 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*