UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

    Plaintiff,

vs.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, AND
OLGA BABOUN,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, PATRICK BABOUN

    Plaintiff, Ernesto Dominguez, files the Return of Service on Defendant, Patrick Baboun (served on February 18, 2026).

    Dated this 24th day of February 2026.

                                                         s/*Samuel G. Gonzalez, Esq.*
                                                         Brian H. Pollock, Esq. (174742)
                                                         brian@fairlawattorney.com
                                                          Samuel G. Gonzalez, Esq. (1011323)
                                                          samuel@fairlawattorney.com
                                                          FAIRLAW FIRM
                                                          135 San Lorenzo Avenue. Suite 770
                                                          Coral Gables, Florida 33146
                                                          Tel:    305.230.4884
                                                          *Counsel for Plaintiff*