## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20916-KMM

Plaintiff:
**Ernesto Dominguez**

vs.

Defendant:
**Delices De France Inc. d/b/a French Bakery, Patrick Baboun, and Olga Baboun**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 13th day of February, 2026 at 12:53 pm to be served on **Patrick Baboun, 14453 South Dixie Highway, Miami, FL 33176**.

I, Stefany Camejo, do hereby affirm that on the **18th day of February, 2026** at **3:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Patrick Baboun** at the address of: **14453 South Dixie Highway, Miami, FL 33176**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Bald, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Stefany Camejo**
Certified Process Server #2509

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000158

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e