UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

    Plaintiff,

vs.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, AND
OLGA BABOUN,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, OLGA BABOUN**

    Plaintiff, Ernesto Dominguez, files the Return of Service on Defendant, Olga Baboun (served on February 26, 2026).

    Dated this 27th day of February 2026.

                                      s/*Samuel G. Gonzalez, Esq.*
                                      Brian H. Pollock, Esq. (174742)
                                      brian@fairlawattorney.com
                                      Samuel G. Gonzalez, Esq. (1011323)
                                      samuel@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, Florida 33146
                                      Tel:    305.230.4884
                                      *Counsel for Plaintiff*