UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

    Plaintiff,

vs.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, and
OLGA BABOUN,

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

    Plaintiff, Ernesto Dominguez, pursuant to this Court's Order entered February 12, 2026 [ECF No. 4], files this Statement of Claim based on the information known to him and estimates as follows:

*Preliminary Statement*

    This Statement of Claim is not to be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure").

## *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, and so he must estimate the hours he worked, the pay he received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$12,667.00** in unpaid overtime wages.

4. Plaintiff calculated his estimate of unpaid overtime wages as follows:

| Dates Worked | Weeks Worked | Hours Worked | Avg. Regular Rate of Pay | Avg. Overtime Rate of Pay | Overtime Wages Owed |
|---|---|---|---|---|---|
| Feb. 11, 2023 - Dec. 31, 2023 | 46 | 47/week (Feb - Sep); 52/week (Oct - Dec) | $26.61/hour | $39.92/hour | **$5,134.00** |
| Jan. 1, 2024 - Dec. 31, 2024 | 52 | 47/week (Jan - Sep); 52/week (Oct - Dec) | $26.61/hour | $39.92/hour | **$5,708.00** |
| Jan 1, 2025 - Dec. 20, 2025 | 51 | 42/week (Jan - Sep); 45/week (Oct - Dec) | $29.44/hour | $44.16/hour | **$1,825.00** |

5. Plaintiff is claiming that he is owed overtime wages for work he performed **between February 11, 2023, and December 20, 2025**.

6. Plaintiff also seeks liquidated damages in an amount equal to the above unpaid overtime wages, plus reasonable attorney's fees and costs pursuant to the FLSA.

7. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

8. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

9. This Statement of Claim does not include any computation of damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

### Attorney's Fees and Costs

10. As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

| | |
|---|---|
| Costs: | **$ 574.20** |
| Attorney's Fees: | **$6,105.50** |
| Brian H. Pollock, Esq. ($635/hour × 2.40 hours) | **$1,524.00** |
| P. Brooks LaRou, Esq. ($450/hour × 0.20 hours) | **$   90.00** |
| Samuel G. Gonzalez, Esq. ($450/hour × 8.80 hours) | **$3,960.00** |
| Steffany Sanguino, Paralegal ($185/hour × 2.50 hours) | **$  462.50** |
| Juan Aragon, Paralegal ($115/hour × 0.60 hours) | **$  594.00** |
| **Grand Total:** | **$6,679.70** |

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 3rd day of March 2026,

                                           <u>*s/ Samuel G. Gonzalez, Esq.*</u>
                                           Brian H. Pollock, Esq. (174742)
                                           brian@fairlawattorney.com
                                           Samuel G. Gonzalez, Esq. (1011323)
                                           samuel@fairlawattorney.com
                                           FAIRLAW FIRM
                                           135 San Lorenzo Avenue, Suite 770
                                           Coral Gables, Florida 33146
                                           Telephone: (305) 230-4884
                                           *Counsel for Plaintiff*