UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-20916-KMM

ERNESTO DOMINGUEZ,

    *Plaintiff*,

v.

DELICES DE FRANCE, INC., d/b/a
FRENCH BAKERY, PATRICK BABOUN,
and OLGA BABOUN,

    *Defendants*.

**ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before this Court upon the *Unopposed* Motion of the Defendants, DELICES DE FRANCE INC. d/b/a FRENCH BAKERY, PATRICK BABOUN and OLGA BABOUN (collectively the "Defendants"), for an extension of time within which to file its response to the Complaint of the Plaintiff, ERNESTO DOMINGUEZ, and the Court, having considered the Motion, been advised of the agreement of the parties, and being otherwise fully apprised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. The Defendants shall respond to Plaintiff's Complaint on or before March 25, 2026.

DONE and ORDERED in Chambers in Miami-Dade County, Florida on this _____ day of March 2026.

                                                        _____
                                                        K. MICHAEL MOORE
                                                        UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record

4924-9235-4454 / 132942.1001