**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-20916-KMM**

ERNESTO DOMINGUEZ,

     *Plaintiff*,

v.

DELICES DE FRANCE, INC.,
d/b/a FRENCH BAKERY, PATRICK
BABOUN, and OLGA BABOUN,

     *Defendants*.

## NOTICE OF APPEARANCE

Defendants, **Delices De France Inc**., **Patrick Baboun** and **Olga Baboun** (collectively "Defendants"), hereby give notice of the appearance of **Miguel A. Morel** of the law firm of **Littler Mendelson, P.C.** as lead counsel for Defendants. Please forward all pleadings, notices, correspondence, orders, and other papers to the undersigned counsel for Defendants.

Miguel A. Morel
**Littler Mendelson, P.C.**
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500 | Fax: (305) 603-2552
E-mail: mamorel@littler.com

**Dated**: March 12, 2026

     Respectfully submitted,

*/s/ Miguel A. Morel*
Miguel A. Morel, FBN 89163
mamorel@littler.com
Arielle Astra, FBN 1069704
aastra@littler.com
**LITTLER MENDELSON, P.C.**
Miami Tower, Suite 4300
100 SE 2nd Street
Miami, Florida 33131
Telephone: 305.400.7500

*Counsel for Defendants*