UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-20916-MOORE/Elfenbein

**ERNESTO DOMINGUEZ,**

*Plaintiff*,

vs.

**DELICES DE FRANCE, INC.,** *et al.*,

*Defendants*.

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, **Delices De France, Inc**. d/b/a **French Bakery**, **Patrick Baboun**, and **Olga Baboun** (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 7.1, hereby file its Certificate of Interested Parties and Corporate Disclosure Statement.

**I.   CERTIFICATE OF INTERESTED PARTIES**

A complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Ernesto Dominguez, *Plaintiff*
2. Brian H. Pollock, *Counsel for Plaintiff*
3. Samuel G. Gonzalez, *Counsel for Plaintiff*
4. FairLaw Firm, *Counsel for Plaintiff*
5. Delices De France, Inc. *Defendant*
6. Patrick Baboun, *Defendant*
7. Olga Baboun, *Defendant*

1

    8. Miguel A. Morel, *Counsel for Defendant*

    9. Arielle L. Astra, *Counsel for Defendant*

    10. Littler Mendelson, P.C., *Counsel for Defendant*

## II. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, **Delices De France, Inc**. discloses that it is not a publicly traded company, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Dated**: March 13, 2026

Respectfully Submitted,

*/s/ Miguel A. Morel*
Miguel A. Morel, FBN 89163
mamorel@littler.com
Arielle Astra, FBN 1069704
aastra@littler.com
**LITTLER MENDELSON, P.C.**
100 SE 2nd Street, Suite 4300
Miami, Florida 33131
Telephone: 305.400.7500
Facsimile: 305.603.2552

*Attorneys for Defendants*