UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

     Plaintiff,

vs.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, and
OLGA BABOUN,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF AGREED SETTLEMENT CONFERENCE DATES

Plaintiff, Ernesto Dominguez, pursuant to Magistrate Judge Marty Fulgueira Elfenbein's Paperless Order upon referral for Settlement Conference (ECF No. 6), hereby files this Notice identifying three mutually agreed-upon dates for the Settlement Conference, and states as follows:

1. On February 13, 2026, the Court ordered the Parties to meet and confer to determine possible dates on which to conduct an in-person settlement conference and to file a Notice identifying three mutually agreed-upon dates.

2. Counsel for Plaintiff conferred with counsel for Defendants, and the Parties have agreed to the following three (3) proposed dates for the Settlement Conference:

   - **Tuesday, March 31, 2026, at 10:00 a.m.**

   - **Wednesday, April 1, 2026, at 10:00 a.m.**

   - **Tuesday, April 7, 2026, at 10:00 a.m.**

Following the submission of these proposed dates, the Parties await the Court's order setting the official date for the Settlement Conference.

Respectfully submitted this 18th day of March 2026,

s/*Samuel G. Gonzalez, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Samuel G. Gonzalez, Esq. (1011323)
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue. Suite 770
Coral Gables, Florida 33146
Tel:     305.230.4884
*Counsel for Plaintiff*