UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20916-MOORE/FULGUEIRA ELFENBEIN

ERNESTO DOMINGUEZ,

      Plaintiff,

v.

DELICES DE FRANCE, INC.,
PATRICK BABOUN, AND
OLGA BABOUN,

      Defendants.

_____/

## NOTICE OF DISSOCIATION OF SAMUEL G. GONZALEZ, ESQ. AS COUNSEL FOR PLAINTIFF

Samuel G. Gonzalez, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Ernesto Dominguez, no longer has an interest in the outcome of this action, and seeks to be dissociated from this matter.

Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Dated this 31st day of March 2026.

s/ Samuel G. Gonzalez, Esq.
Samuel G. Gonzalez, Esq.
Fla. Bar No. 1011323
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm