**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-CV-20916-MOORE/Elfenbein

**ERNESTO DOMINGUEZ,**

    *Plaintiff*,

vs.

**DELICES DE FRANCE, INC.** *et al.*,

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, Plaintiff, Ernesto Dominguez, and Defendants, Delices De France, Inc., Patrick Baboun, and Olga Baboun, hereby inform the Court that they have reached an agreement to settle this matter and are in the process of preparing the necessary settlement documents.

**Dated**: March 31, 2026

/s/Brian H. Pollock
Brian H. Pollock (FBN 174742)
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue. Suite 770
Coral Gables, Florida 33146
Tel: 305.230.4884

*Counsel for Plaintiff*

Respectfully Submitted,

/*s/ Miguel A. Morel*
Miguel A. Morel (FBN 89163)
mamorel@littler.com
Arielle Astra (FBN 1069704)
aastra@littler.com
**LITTLER MENDELSON, P.C.**
100 SE 2nd Street, Suite 4300
Miami, Florida 33131
Tel: 305.400.7500

*Attorneys for Defendants*