**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-CV-20916-MOORE/Elfenbein

**ERNESTO DOMINGUEZ,**

     *Plaintiff*,

vs.

**DELICES DE FRANCE, INC.** *et al.*,

     *Defendants*.

                                  /

## CONSENT TO MAGISTRATE JURISDICTION

The Parties, Plaintiff, Ernesto Dominguez, and Defendants, Delices De France, Inc., Patrick Baboun, and Olga Baboun, in accordance with provisions of 28 U.S.C. § 636(c), hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge assigned to this case, Magistrate Judge Marty Fulgueira Elfenbein, to conduct any and all further proceedings in this matter, including to evaluate the settlement for fairness and to enter an order of dismissal of the matter once the settlement is approved.

**Dated**: April 14, 2026                          Respectfully Submitted,

|  |  |
|---|---|
|  | /*s/ Miguel A. Morel* |
| */s/Brian H. Pollock* | Miguel A. Morel (FBN 89163) |
| Brian H. Pollock (FBN 174742) | mamorel@littler.com |
| brian@fairlawattorney.com | Arielle Astra (FBN 1069704) |
| **FAIRLAW FIRM** | aastra@littler.com |
| 135 San Lorenzo Avenue. Suite 770 | **LITTLER MENDELSON, P.C.** |
| Coral Gables, Florida 33146 | 100 SE 2nd Street, Suite 4300 |
| Tel: 305.230.4884 | Miami, Florida 33131 |
|  | Tel: 305.400.7500 |
| *Counsel for Plaintiff* |  |
|  | *Attorneys for Defendants* |