# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:26-CV-20916-MOORE/Elfenbein

**ERNESTO DOMINGUEZ,**

     *Plaintiff*,

vs.

**DELICES DE FRANCE, INC.** *et al.*,

     *Defendants*.

_____/

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, Ernesto Dominguez, and Defendants, Delices De France, Inc., Patrick Baboun, and Olga Baboun, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice upon condition that the Court retain jurisdiction to enforce the parties' Settlement Agreement, and with each party to bear their own attorney's fees and costs other than as provided by the Parties in their Settlement Agreement.

**Dated**: May 4, 2026

Respectfully submitted,

*/s/ Brian H. Pollock*
Brian H. Pollock (FBN 174742)
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue. Suite 770
Coral Gables, Florida 33146
Tel: 305.230.4884

*Counsel for Plaintiff*

*/s/ Miguel A. Morel*
Miguel A. Morel (FBN 89163)
mamorel@littler.com
Arielle Astra (FBN 1069704)
aastra@littler.com
**LITTLER MENDELSON, P.C.**
100 SE 2nd Street, Suite 4300
Miami, Florida 33131
Tel: 305.400.7500

*Attorneys for Defendants*

1