**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-CV-20916-ELFENBEIN

**ERNESTO DOMINGUEZ**,

 Plaintiff,

v.

**DELICES DE FRANCE INC**, *et al.*,

 Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), ECF No. [32].  On April 30, 2026, the Court granted in part the Parties' Joint Oral Motion to Approve Settlement, ECF No. [31], and ordered them to file their stipulation of dismissal with prejudice no later than May 4, 2026.  ECF No. [31] at 5.  The Court indicated in its Order that it "shall retain jurisdiction to enforce the terms of the settlement agreement **until May 18, 2026,** at which time the Court will be divested of jurisdiction."  *See* ECF No. [31] at 5.  The Parties complied and timely filed the Joint Stipulation.  *See* ECF No. [32].

Accordingly, the above-styled case is **DISMISSED WITH PREJUDICE** and as explained in the Court's Order, *see* ECF No. [31], the Court **SHALL** retain jurisdiction over this case **until May 18, 2026,** to enforce the terms of the settlement agreement.

**DONE and ORDERED** in Chambers in Miami, Florida on May 5, 2026.

**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel of Record