**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26916-CIV-D'ANGELO**

**ANU SUPREME EL,**

**Plaintiff,**

**vs.**

**ARISTOTLE MONTGOMERY**
**d/b/a AJHASCREDIT**
**d/b/a SHELF-CORPS,**

**Defendant.**
_______________________________________/

**ORDER REQUIRING COMPLIANCE**
**WITH ORDER REGARDING JURISDICTION**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.[1] On October 2, 2026 the Court issued its Order Regarding Jurisdiction explaining that "[w]ithin fourteen (14) days from the date of this Order Regarding Jurisdiction, the parties shall complete the attached consent/opt out form (absent extensions requested on motion and for good cause)" (DE 5 at 2). October 16, 2026 expired without Plaintiff returning the Consent/Non-Consent To a Civil Action to a Magistrate Judge (DE 5-2).

Accordingly, it is **ORDERED** that Plaintiff shall file a completed Consent/Non-Consent Form, which is attached to this Order as Exhibit 1, by **November 6, 2026.** Failure to comply with this Order and file the consent/opt out form with the Plaintiff's election by the deadline set forth in this Order will be deemed as a waiver of the opportunity to timely opt-out of the exercise of

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

Magistrate Judge jurisdiction. Moreover, Plaintiff's continued filing and appearance in this action may amount to implied consent to the continued exercise of Magistrate Judge jurisdiction. *See Roell v. Withrow*, 538 U.S. 580, 591 (2003) (a party's consent to the Magistrate Judge's jurisdiction under § 636(c) is supplied by a "general appearance[] before the Magistrate Judge, after they ha[ve] been told of their right to be tried by a district judge").

Failure to comply with the Court's Order may lead to dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority.

**DONE and ORDERED** in Chambers in Miami, Florida on this 23rd day of October, 2026.

Ellen D'Angelo

ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: *Pro se* Plaintiff Aanu Supreme El