# EXHIBIT 1

Adapted from AO 85

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ______________________ *Plaintiff* | ) | |
| *v.* | ) | |
| ______________________ *Defendant* | ) | Civil Action No. |

**CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE**

(CHECK ONLY ONE OPTION BELOW)

_______I consent to have my case assigned to Magistrate Judge Ellen F. D'Angelo, to conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

_______I decline consent and exercise my right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |